NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRILLER, INC.,**
*Appellant*

**v.**

**BYTEDANCE LTD., TIKTOK INC.,**
*Appellees*

---

2022-1937

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00099.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                          TRILLER, INC. v. BYTEDANCE LTD.


(2)  Each side shall bear their own costs.


                                        FOR THE COURT

September 30, 2022
         Date                           /s/ Peter R. Marksteiner
                                        Peter R. Marksteiner
                                        Clerk of Court


**ISSUED AS A MANDATE:** September 30, 2022